# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 6:20CR0001 |
| | ) | |
| RYAN ANTWAIN HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court is the Motion for Leave of Absence requested by Matthew K. Hube, Attorney for the Defendant for March 12 & 13, 2020, April 17, 2020 and May 22 through June 1, 2020. The motion is GRANTED. Matthew K. Hube shall be relieved from attending any hearing or trial on these dates but must make arrangements for substitute counsel in the event the case is scheduled for a hearing or trial during such leave.

Date: January 28, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA